932

No. 72–6355.   Mosley *v.* Smith, Warden.   C. A. 5th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–6391.   Thomas *v.* United States.   C. A. 10th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–6503.   Dragonette *v.* City of East Cleveland.   Sup. Ct. Ohio.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–6529.   Duke *v.* North Texas State University et al.   C. A. 5th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–6559.   Williams *v.* Clinchfield Coal Co.   Sup. Ct. Va.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–1048.   Cardwell, Warden *v.* Workman; and

No. 72–6600.   Workman *v.* Cardwell, Warden.   C. A. 6th Cir.   Motion to dispense with printing petition and motion of respondent for leave to proceed *in forma pauperis* in No. 72–1048 granted.   Certiorari denied. Reported below: 471 F. 2d 909.

No. 72–1279.   Diamond *v.* United States.   C. A. 9th Cir.   Motion to dispense with printing petition granted. Certiorari denied.